PROB 12C
(7/93)

# United States District Court

# for

# District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Fields

**Docket Number:** 02-00195-010
**PACTS Number:** 32282

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 03/10/2006

**Original Offense:** CONSPIRACY TO DISTRIBUTE COCAINE

**Original Sentence:** 40 months imprisonment; 5 years supervised release; $100 Special Assessment

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 07/12/10

**Assistant U.S. Attorney:** Melissa L. Jampol, Esq., 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Carl J. Herman, Esq., 443 Northfield Avenue, West Orange, New Jersey 07052, (973) 324-1011

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 11, 2010, the offender was arrested by the Jersey City Police Department and charged with Possession of CDS, Possession of CDS with the Intent to Distribute, and Possession Within 1,000 Feet of School Property. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 18, 2010, the offender was arrested by the Jersey City Police Department and charged with Possession of CDS, Manufacture/Distribute CDS, and CDS on School Property. |

3 The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the probation officer of his September 11, 2010, and September 18, 2010, arrests.

4 The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender failed to truthfully disclose to the probation officer that he possessed a cellular telephone.

5 The offender has violated the standard supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**'

During his September 11, 2010, and September 18, 2010, arrests, the offender was observed by Jersey City Police Department officers frequenting areas of Jersey City known for numerous narcotics arrests.

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 9/22/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ____________
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/23/10
Date

Dennis M. Cavanaugh
U.S. District Judge